

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:   832 Yale St. LLC., and Terry Fisher v. Stallion Texas Real Estate Fund, LLC.

Appellate case number:   01-19-00320-CV

Trial court case number:   1129141

Trial court:   County Civil Court at Law No. 4 of Harris County

Appellants, 832 Yale St. LLC and Terry Fisher, have filed a motion for emergency relief asking this Court to review the trial court's April 24, 2019 order setting the supersedeas amount. Appellants have also filed a motion for temporary relief requesting a stay of the April 24 order so that the Court has time to review the order.

We **grant** the motion for temporary relief and **order** the trial court's order of April 24, 2019 stayed. We further request appellee Stallion Texas Real Estate Fund, LLC, to file a response to the motion to review the April 24, 2019 order **within 7 days of the date of this order**.

It is so ORDERED.

Judge's signature: _____/s/ Justice Peter Kelly_____
                        ☒ Acting individually      ☐ Acting for the Court

Date:   ___May 1, 2019___